UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 07-cr-10028-01-01 |
| -vs- | JUDGE DRELL |
| SHELDON W HANNER (01) | MAGISTRATE JUDGE KIRK |

### RULING AND ORDER

Before the Court is a Motion to Reduce Sentence pursuant to 18 U.S.C. 3582(c)(1)(A) filed by defendant Sheldon W. Hanner ("Hanner"). (Doc. 141). Previously, Hanner filed a similar motion on identical grounds, (Doc. 135), which we denied on the merits, (Doc. 140). In response to the instant motion, the government for the first time argues that this Court lacks jurisdiction because of Hanner's pending appeal of this Court's denial of his Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 and <u>Johnson v. United States</u>, 576 U.S. 591 (2015). (Doc. 131 Notice of Appeal; Doc. 142 government's response). We agree. "If a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may ... deny the motion." Fed. R. Crim. P. 37(a)(2) advisory committee's note to 2012 adoption. Hanner's Motion to Reduce Sentence, (Doc. 141), is **DENIED** without prejudice.

THUS DONE AND SIGNED this 3RD day of March 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT